United States District Court
For the
District of
Division

CASE NO:

Gerald J. Stephenson
   plaintiff     JURY TRIAL ☐ yes ☒ NO

V.

J. Smith Enterprises DBA McDonald's Corp

## Complaint For Civil Case

I. The Parties to this Complaint:

Gerald Jerome Stephenson
369 Split Rail Circle Apt. #201
Newport News Virginia 23602
(757) 272-6230
Email: jabezglobal@yahoo.com

II. The Defendant(s):

J. Smith Enterprises dba McDonald's Corp.
11840 Fishing Point Drive

Newport News, Virginia
23602
(757) 826-6100

Defendant No. 1
    Name: J. Smith Enterprises dba McDonald's aka McDonald's Corp.
    Job or Title (if known):
    Street Address: 11840 Fishing Point Drive
    City and County: Newport News, Va. 23606
    State and Zip Code: VA. 23602
    Telephone Number: (757) 826-6100
    E-mail Address (if known): N/A

Defendant No. 2
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Please Refer to "Right To Sue Letter" From the EEOC, Norfolk, VA. (attached)*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

*N/A*

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* *N/A*, is a citizen of the State of *(name)* *N/A*. Or is a citizen of *(foreign nation)* *N/A*.

b. If the defendant is a corporation
The defendant, (name) J. Smith Enterprises dba McDonald's Corp., is incorporated under the laws of the State of (name) Virginia, and has its principal place of business in the State of (name) Virginia
Or is incorporated under the laws of (foreign nation) N/A
and has its principal place of business in (name) Newport News.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Lawsuit Seeking Amount: $6,000.00

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Request for Written Release of Claims and Defamation: (Refer to attached letter).

a). Defamation / Harassment
B). Pain and Suffering.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff's Demands

a). Issue a letter stating that I did not commit any form of sexual harassment or other illegal workplace activities

Continued 8

B. Cease from further defamation of ~~our~~ my character

C. Reimbursement for continued pain and suffering due to McDonald's continued defamation and Harassment.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 1, 2019

Signature of Plaintiff: *Gerald J. Stephenson*
Printed Name of Plaintiff: Gerald J. Stephenson

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address: N/A
State and Zip Code:
Telephone Number:
E-mail Address: N/A